1 | ROPERS, MAJESKI, KOHN & BENTLEY
LAWRENCE BORYS (SBN 60625)
2 | TIMOTHY J. LEPORE (SBN 294247)
445 South Figueroa Street, Suite 3000
3 | Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
4 | Facsimile: (213) 312-2001
Email: lawrence.borys@rmkb.com
5 | timothy.lepore@rmkb.com

6 | Attorneys for Defendant
PRE-EMPLOY.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO A. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>PRE-EMPLOY.COM, INC.,<br><br>Defendant. | No. 2:16-cv-02205-TLN-KJN<br><br>**ORDER GRANTING PRE-EMPLOY.COM, INC.'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF PRE-EMPLOY'S MOTION FOR SUMMARY JUDGMENT** |

Having considered Defendant Pre-employ.com, Inc.'s ("Pre-employ") Request to Seal Documents affixed as exhibits to Pre-employ's Notice and Motion for Summary Judgment and the Declaration of R. Mather in support thereof, and GOOD CAUSE APPEARING; now, therefore,

**IT IS HEREBY ORDERED:**

The following documents shall be filed under seal:

Exhibit E to the Declaration of Jacob Knoess.

Exhibit H to the Declaration of Jacob Knoess.

Exhibit M to the Declaration of Jacob Knoess.

Exhibit O to the Declaration of Jacob Knoess.

Exhibit P to the Declaration of Jacob Knoess.

| | |
|---|---|
| 1 | Exhibit Q to the Declaration of Jacob Knoess. |
| 2 | Exhibit R to the Declaration of Jacob Knoess. |
| 3 | Exhibit T to the Declaration of Jacob Knoess. |
| 4 | Exhibit Y to the Declaration of Jacob Knoess. |
| 5 | Exhibit EE to the Declaration of Jacob Knoess. |
| 6 | Exhibit FF to the Declaration of Jacob Knoess. |
| 7 | Exhibit GG to the Declaration of Jacob Knoess. |
| 8 | Exhibit HH to the Declaration of Jacob Knoess. |
| 9 | Exhibit LL to the Declaration of Jacob Knoess. |
| 10 | Exhibit OO to the Declaration of Ralph M. Armstrong. |
| 11 | Exhibit VV to the Declaration of Timothy J. Lepore. |
| 12 | Exhibit XX to the Declaration of Timothy J. Lepore. |

**IT IS SO ORDERED.**

Dated: July 25, 2018

_____
Troy L. Nunley
United States District Judge