ROPERS, MAJESKI, KOHN & BENTLEY
LAWRENCE BORYS (SBN 60625)
TIMOTHY J. LEPORE (SBN 294247)
445 South Figueroa Street, Suite 3000
Los Angeles, CA 90071-1619
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: lawrence.borys@rmkb.com
timothy.lepore@rmkb.com

Attorneys for Defendant
PRE-EMPLOY.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO A. LOPEZ,<br><br>          Plaintiff,<br><br>v.<br><br>PRE-EMPLOY.COM, INC.,<br><br>          Defendant. | **CASE NO. 2:16-cv-02205-TLN-KJN**<br><br>**STIPULATION TO ATTEND SETTLEMENT CONFERENCE**<br><br>Complaint Filed: September 15, 2016 |

According to Local Rule 270(a), Plaintiff Antonio A. Lopez ("Plaintiff") and Defendant Pre-employ.com, Inc. ("Pre-employ") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1. The Parties have requested the Court's assistance in arranging a settlement conference on October 1, 2018 before a Judge or Magistrate Judge that is not assigned to the action. The Court endeavored to facilitate this request and informed Pre-employ that Hon. Magistrate Judge Delaney was available to conduct a settlement conference on October 1, 2018 at 9:30 a.m. The Court instructed the Parties to file this instant stipulation and a proposed order to set the settlement conference on October 1, 2018 at 9:30 a.m. before Magistrate Judge Delaney.

2. On August 30, 2018, the Parties agreed to proceed with the settlement conference as proposed before Magistrate Judge Delaney.

//

3. Accordingly, the Parties stipulate to attend a settlement conference on October 1, 2018 at 9:30 a.m. before Magistrate Judge Delaney at Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California 95814.

**IT IS SO STIPULATED**.

Dated: September 5, 2018                                  ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy J. Lepore*
    LAWRENCE BORYS
    TIMOTHY J. LEPORE
    Attorneys for Defendant
    PRE-EMPLOY.COM, INC.

Dated: September 5, 2018                                  DEOS LAW, PC

By: */s/ Linda Deos*
    (as authorized on September 5, 2018)
    LINDA DEOS
    Attorneys for Plaintiff
    ANTONIO A. LOPEZ

**IT IS SO ORDERED**.

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge