DEOS LAW, PC
Linda Deos (SBN 179170)
Deoslawyer@gmail.com
770 L Street, Suite 950
Sacramento, CA 95814
Tel.:   (916) 442-4442
Fax:   (916) 583-7693

John B. Keating (SBN 148729)
JohnKeating@protonmail.com
236 West Portal Avenue #851
San Francisco, CA 94127
Tel.:   (650) 851-5900
Fax:   (650) 851-5912

LAW OFFICES OF CRAIG DAVIS
Craig Davis (SBN 268194)
cdavis@craigdavislaw.com
912 Cole Street, Suite 102
San Francisco, CA 94117-4316
Tel.:   (415) 857-5820
Fax:   (415) 795-4595

Attorneys for Plaintiff
Antonio A. Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO A. LOPEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>PRE-EMPLOY.COM, INC.,<br><br>              Defendant. | Case No.: 2:16-cv-02205-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION**<br><br>Complaint Filed:   September 15, 2016<br>Trial Date:           Vacated<br><br>Assigned To:       Hon. Troy L. Nunley |

1       **IT IS HEREBY STIPULATED** by Plaintiff Antonio A. Lopez ("Plaintiff") and Defendant Pre-employ.com, Inc. ("Pre-employ") (collectively, the "Parties"), by and through their respective counsel of record:

      1.     At the Settlement Conference with Magistrate Judge Carolyn K. Delaney on October 1, 2018, the Parties settled this case and were ordered to file dispositional documents by November 1, 2018. (ECF 48). That deadline was later extended to January 14, 2019. (ECF 53, 55).

      2.     After learning that Plaintiff had recently filed a bankruptcy petition—thereby making the proceeds from the settlement of this case property of the bankruptcy estate—Plaintiff's counsel sought a further extension of time to file dispositional documents. (ECF 56, 57).

      3.     On February 1, 2019, the Bankruptcy Court authorized the *nunc pro tunc* employment of Plaintiff's counsel of record in this case as Special Purpose Counsel to the bankruptcy estate. (E.D. Cal., Case 18-14415-A-7, ECF 35).

      4.     On March 23, 2019, the Bankruptcy Court approved the Parties' settlement agreement in this case. (E.D. Cal., Case 18-14415-A-7, ECF 49).

      5.     Pursuant to FRCP 41(a)(2), the Parties now request an order from this Court that this entire action be dismissed with prejudice.

      IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 28, 2019 | LAW OFFICES OF CRAIG DAVIS |
| | */s/ Craig Davis* |
| | Craig Davis<br>LAW OFFICES OF CRAIG DAVIS<br>Attorney for Plaintiff, Antonio A. Lopez |
| Dated: March 28, 2019 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | */s/ Lawrence Borys* (as authorized on 3/28/2019)<br>Lawrence Borys<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>Attorney for Defendant, Pre-employ.com, Inc. |

**IT IS SO ORDERED.**

Dated: March 28, 2019

                                              Troy L. Nunley
                                              United States District Judge